IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEFFREY YARDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Q SERVICES, LLC | ) | |
| and METRONET HOLDINGS, LLC, | ) | CASE NO. 1:17-cv-1253 SEB-MJD |
| | ) | |
| Defendants. | ) | |

**Acknowledged.**

**This matter is hereby dismissed with prejudice.**

Date: ___10/31/2017___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

### STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants Q Services, LLC and Metronet Holdings, LLC, and Plaintiff, Jeffrey Yardley,

parties to this lawsuit, by their respective counsel, hereby stipulate to the dismissal of all claims

and this action in its entirety, with prejudice, the parties to bear their own costs.

Respectfully submitted,

THE LAW OFFICE OF ROBERT J. HUNT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _s/ Robert J. Hunt (_with permission)
Robert J. Hunt, Atty No. 30686-49
The Law Office of Robert J. Hunt, LLC
3091 E. 98th Street, Suite 280
Indianapolis, IN  46280
Phone:      317.743.0614
Facsimile:  317.743.0615
Email: rob@indianawagelaw.com

Attorney for Jeffrey Yardley

By:     s/ _Michelle R. Maslowski_
Todd J. Kaiser, Atty No. 10846-49
Michelle R. Maslowski, Atty No. 27238-49
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Phone:          317.916.1300
Facsimile:      317.916.9076
Email:
  todd.kaiser@ogletreedeakins.com
  michelle.maslowski@ogletreedeakins.com

Attorneys for Q Services, LLC and
MetroNet Holdings LLC